# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

FILED
AUSTIN DIVISION
2005 MY 12 PM 3: 33
WE[...]
BY[...]
[...]TY

| | |
|---|---|
| DDB Technologies, L.L.C., | ) |
| Plaintiff, | ) Civil Action No. A04CA352 |
| v. | ) |
| | ) JURY DEMANDED |
| MLB Advanced Media, L.P., | ) |
| Defendant. | ) |

## CORRECTION TO MLB ADVANCED MEDIA L.P.'S INITIAL MARKMAN BRIEF

Defendant MLB Advanced Media, L.P. ("MLBAM") files this its Correction to its Initial Markman Brief. In support of its filing of this Correction, Defendant states:

1. On April 29, 2005 MLBAM filed its Initial Markman Brief.

2. Due to a non-substantive stylistic error, MLBAM inadvertently mislabeled a column heading in its brief. On page 49 of the brief, the first column of the table is labeled "Means-plus-function Phrase". This column should be labeled "Term/Phrase" as these are not means-plus-function phrases. A corrected page 49 is attached hereto as Exhibit "A."

3. Exhibit A replaces page 49 of MLBAM's Initial Markman Brief.

Respectfully submitted,

_____
Hal L. Sanders
Witcher F. McCullough III
Haynes and Boone
600 Congress Ave., Suite 1300
Austin TX 78701
(512) 867-8400
(512) 867-8470 (Fax)

Sharon R. Barner
Anat Hakim
James T. McKeown
FOLEY & LARDNER LLP
321 North Clark
Suite 2800
Chicago, Illinois 60610-4764
(312) 832-4500
(312) 832-4700 (Fax)

*Attorneys for Defendant MLB Advanced Media L.P.*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served upon the following counsel of record this _____ day of May, 2005.

| | |
|---|---|
| Ross Spencer Garsson<br>Winstead Sechrest & Minick P.C.<br>401 Congress Ave., Suite 2100<br>Austin TX  78701 | *Via Hand Delivery* |
| Christopher Haigh<br>Baniak Pine & Gannon<br>150 N. Wacker Drive, Suite 1200<br>Chicago IL  60606 | *Via Federal Express* |

_____
Hal L. Sanders

radio or TV station as already combined with every other station. Under that overly broad definition of "combine" – in which signals are never united or mixed together -- there is no way to separate. MLBAM's proposed construction, on the other hand, is based on the dictionary definition which defines separating as "to set or put apart, disunite things previously united, joined or assembled." (Ex. 54, Webster Def.). MLBAM's proposed construction not only gives meaning to the term "combining," but is fully supported by the plain meaning of the term.

**P.     Additional Terms/Phrases To Be Construed**

| Term/Phrase | MLBAM's Construction and Support | DDB's Construction and Support |
|---|---|---|
| "Status"/"State"[53] | Construction: a set of circumstances or attributes characterizing a person or thing at specific time<br>Support: The dictionary defines "state" as "a set of circumstances or attributes characterizing a person or thing at any given time." (Ex. 55, Webster Def.). | Construction: information about the state of an event<br>Support: None |
| "Selectively Producing"[54] | Construction: to choose or to pick out a portion or segment to bring to view<br>Support: The dictionary defines "select" as "chosen in preference to another or others, picked out," and defines "produce" as "1. to bring to view." (Exs. 56-57, Webster Defs.). | Construction: to produce a selected portion<br>Support: None |
| "Searching the stored signals to detect a match between a stored symbolic representation and a symbolic representation of subevents and status information of | Construction: to examine electronically the symbols recorded by the observer to locate a match with the pattern of interest entered by the viewer<br>Support: The claim language itself and the specification explains that the computer searches through the sub-event information to locate a match with the pattern of interest entered by the viewer (symbolic representation of subevents and status information of interest). (*See* Ex. 4, | Construction: looking for something<br>Support: None |

---

[53] The term "status" is used in claims 1, 9, 15, 19, and 21 of the '479 Patent; claims 1, 5, 10, 15-16, 21, 24-25, 29, and 33 of the '862 Patent; claims 1, 8, 13, 18 of the '347 Patent; and claims 1-4, 6, 7, 9-11, 13, and 15 of the '630 Patent. The term "state" is used in claims 9, 14, 20, 23, 28, and 32 of the '862 Patent and claims 7, 12, and 17 of the '347 Patent.

[54] The term is used in claims 1 and 2 '630 Patent.

[55] The term is used in claims 3, 6, and 9 '630 Patent.


EXHIBIT A